**LAW OFFICE OF M. EDVARD SHPRUKHMAN**
**BY:    M. Edvard Shprukhman, Esquire**
       **8202 Anita Road**
       **Baltimore, MD 21208**
       **(410) 262-6448**           **Attorney for Plaintiff**

| | | |
|---|---|---|
| **Prabodh Sharma** | : | **IN THE UNITED STATES** |
| **2500 Hemingway Drive, Suite 1B** | : | **DISTRICT COURT** |
| **Frederick, MD 21702** | : | |
|     **Plaintiff** | : | **FOR THE DISTRICT OF MARYLAND** |
|     **vs.** | : | |
| **Frederick County** | : | |
| **100 West Patrick Street** | : | **Civil No.: 1:08-CV-01046-RDB** |
| **Frederick, MD 21701** | : | |
|     **and** | : | |
| **Frederick County Police Department** | : | |
| **100 West Patrick Street** | : | |
| **Frederick, MD 21701** | : | |
|     **and** | : | |
| **Officer Raymond Bednar # 0369** | : | |
| **Individually and in his official capacity** | : | |
| **100 West Patrick Street** | : | |
| **Frederick, MD 21701** | : | |
|     **Defendants.** | : | |

### PRAECIPE TO DISMISS

    Kindly dismiss the above mentioned matter.


                               /s/ M. Shprukhman
                                 M. Edvard Shprukhman, Esquire


DATE: September 11, 2009

**LAW OFFICE OF M. EDVARD SHPRUKHMAN**
**BY:   M. Edvard Shprukhman, Esquire**
      **8202 Anita Road**
      **Baltimore, MD 21208**
      **(410) 262-6448**        **Attorney for Plaintiff**

| | |
|---|---|
| **Prabodh Sharma** : | **IN THE UNITED STATES** |
| **2500 Hemingway Drive, Suite 1B** : | **DISTRICT COURT** |
| **Frederick, MD 21702** : | |
|     **Plaintiff** : | **FOR THE DISTRICT OF MARYLAND** |
|     **vs.** : | |
| **Frederick County** : | |
| **100 West Patrick Street** : | **Civil No.: 1:08-CV-01046-RDB** |
| **Frederick, MD 21701** : | |
|     **and** : | |
| **Frederick County Police Department** : | |
| **100 West Patrick Street** : | |
| **Frederick, MD 21701** : | |
|     **and** : | |
| **Officer Raymond Bednar # 0369** : | |
| **Individually and in his official capacity** : | |
| **100 West Patrick Street** : | |
| **Frederick, MD 21701** : | |
|     **Defendants.** : | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Line to Dismiss was mailed, first

class and postage prepaid, this 11th day of September 2009 to:

Kevin Karpinsiki, Esq.           David B. Stratton, Esq.
Ms. Sandra D. Lee, Esq.        Jordan Coyne & Savits, L.L.P.
Karpinski, Colaresi & Karp, P.A.    1100 Connecticut Avenue, N.W.
120 E. Baltimore Street         Suite 600
Suite 1850                Washington, D.C., 20036
Baltimore, MD 21202

                LAW OFFICE OF M. EDVARD SHPRUKHMAN

                By: ___/s/ M. Edvard Shprukhman_____
                    M. Edvard Shprukhman, Esq.
                    Attorney for Plaintiff
                    8202 Anita Road
                    Baltimore, MD 21208
                    410-262-6448